UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORESTE DORRIELAN,

    Petitioner,

v.                                             CASE NO. 6:03-cv-1709-Orl-19JGG

JAMES V. CROSBY, JR., et al.,

    Respondents.

_____

### ORDER

This case is before the Court on the following motions:

1.     Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 29, filed January 9, 2006) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $255.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2.     Petitioner's Request for a Certificate of Appealability (Doc. No. 27, filed January 29, 2006) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a

constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

   **DONE AND ORDERED** at Orlando, Florida, this  10th   day of January, 2006.

                   _/s/ Patricia C. Fawsett_
                 PATRICIA C. FAWSETT, CHIEF JUDGE
                 UNITED STATES DISTRICT COURT

Copies to:
sa 1/10
Counsel of Record
Oreste Dorrielan